RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Esperanza Sanabia-Araujo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Esperanza Sanabia-Araujo,<br><br>Defendant. | Case No. 2:19-cr-251-GMN-NJK-2<br><br>**Unopposed Motion to Modify Conditions of Pretrial Release** |

The defendant, Esperanza Sanabia-Araujo, by and through her counsel of record, Katherine Tanaka, Assistant Federal Public Defender, files this Unopposed Motion to Modify Conditions of Pretrial Release. This request is based on the Points and Authorities attached hereto.

DATED this 1st day of April, 2020.

RENE L. VALLADARES
Federal Public Defender

By: /s/Katherine Tanaka

KATHERINE TANAKA
Assistant Federal Public Defender
Attorney for Esperanza Sanabia-Araujo

## Points and Authorities

1)     On October 3, 2019, this court released Mrs. Sanabia on a personal recognizance bond with conditions.[1]  One of the conditions required that Mrs. Sanabia submit to location monitoring with GPS and curfew.[2]

2)     Mrs. Sanabia requests that the location monitoring condition (and its sub-conditions) be removed.  She has been subject to location monitoring for approximately six months.  She has been fully compliant with that condition as well as all her other conditions.

3)     Defense counsel has been in contact with Mrs. Sanabia's pretrial officer, Samira Barlow.  Mrs. Barlow has confirmed Mrs. Sanabia's compliance and has no opposition.

5)     Defense counsel has also been in contact with the government. Government counsel similarly has no opposition.

Dated this 1st day of April, 2020.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:   */s/Katherine Tanaka*
      KATHERINE TANAKA
      Assistant Federal Public Defender
      Attorney for Esperanza Sanabia-Araujo

---

[1] ECF No. 24.

[2] *Id*. (conditions 50A, 51D, 52, and 53).

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-251-GMN-NJK-2 |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| Esperanza Sanabia-Araujo, | |
| Defendant. | |

IT IS ORDERED that Mrs. Sanabia's pretrial release conditions shall be modified to remove her location monitoring conditions (50A, 51D, 52, and 53).

DATED this ___2nd___ day of April 2020.

_____
UNITED STATES MAGISTRATE
JUDGE