RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Esperanza Sanabia-Araujo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ESPERANZA SANABIA-ARAUJO,<br>MARLA MARISCAL-SANABIA, and<br>FERNANDO BUENO,<br><br>  Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Defendant Esperanza Sanabia-Araujo, Karen A. Connolly, counsel for Defendant Marl Mariscal-Sanabia, Lisa Rasmussen, counsel for Defendant Fernando Bueno, that the sentencing hearings currently scheduled for December 16, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel require additional time to review the presentence investigation reports with their respective clients. Thereafter, defense counsel will need time to gather sentencing mitigation evidence and prepare their sentencing memorandum.

2. Additionally, defense counsel each have various upcoming deadlines in other cases which will make it difficult to adequately prepare for the upcoming sentencing hearing.

3. Defendants Esperanza Sanabia-Araujo, Marla Mariscal-Sanabia, and Fernando Bueno are not in custody and have no objection to a continuance.

4. The parties agree to the continuance.

This is the first request to continue sentencing date filed herein.

DATED this 2nd day of December, 2020.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Raquel Lazo  
RAQUEL LAZO  
Assistant Federal Public Defender

By /s/ Karen A. Connolly  
KAREN A. CONNOLLY  
Counsel for Marl Mariscal-Sanabia

NICHOLAS A. TRUTANICH  
United States Attorney

By /s/ Susan Cushman  
SUSAN CUSHMAN  
Assistant United States Attorney

By /s/ Lisa Rasmussen  
LISA RASMUSSEN  
Counsel for Fernando Bueno

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESPERANZA SANABIA-ARAUJO, MARLA MARISCAL-SANABIA, AND FERNANDO BUENO,<br><br>　　　　　Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**ORDER** |

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Defendant Esperanza Sanabia-Araujo on Wednesday, December 16, 2020 at 11:00 a.m., be vacated and continued to Wednesday, March 31, 2021, at the hour of 9:00 a.m.

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Defendant Marla Mariscal-Sanabia on Wednesday, December 16, 2020 at 1:00 p.m., be vacated and continued to Wednesday, March 31, 2021, at the hour of 10:00 a.m.

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Defendant Fernando Bueno on Wednesday, December 16, 2020 at 9:00 a.m., be vacated and continued to Wednesday, March 31, 2021, at the hour of 11:00 a.m.

　　　DATED this  3   day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

3