RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Esperanza Sanabia-Araujo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-251-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| ESPERANZA SANABIA-ARAUJO, MARLA MARISCAL-SANABIA, and FERNANDO BUENO | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Defendant Esperanza Sanabia-Araujo, Karen A. Connolly, counsel for Defendant Marla Mariscal-Sanabia, Lisa Rasmussen, counsel for Defendant Fernando Bueno, that the sentencing hearings currently scheduled for March 31, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than one- hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. Since the last requested continuance, defense counsel has been able to review the presentence investigation reports with their respective clients. However, defense counsel for all defendants require additional time to gather sentencing mitigation evidence and prepare their sentencing memoranda. Specifically, defense counsel for Esperanza Sanabia-Araujo has requested certain mitigation documents. Additional time is needed to obtain and review those records.

2. Defendants Esperanza Sanabia-Araujo, Marla Mariscal-Sanabia, and Fernando Bueno are not in custody and have no objection to a continuance.

3. The parties agree to the continuance.

This is the second request to continue sentencing date filed herein.

DATED this 12th day of March 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |
| */s/ Karen A. Connolly*<br>By_____<br>KAREN A. CONNOLLY<br>Counsel for Marla Mariscal-Sanabia | */s/ Lisa Rasmussen*<br>By_____<br>LISA RASMUSSEN<br>Counsel for Fernando Bueno |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ESPERANZA SANABIA-ARAUJO, MARLA MARISCAL-SANABIA, AND FERNANDO BUENO,<br><br>              Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**ORDER** |

   IT IS ORDERED that the sentencing hearing currently scheduled for Defendant Esperanza Sanabia-Araujo on Wednesday, March 31, 2021 at 9:00 a.m., be vacated and continued to August 4, 2021, at the hour of 10:00 a.m.; or to a time and date convenient to the court.

   IT IS ORDERED that the sentencing hearing currently scheduled for Defendant Marla Mariscal-Sanabia on Wednesday, March 31, 2021 at 10:00 p.m., be vacated and continued to August 4, 2021, at the hour of 11:00 a.m.; or to a time and date convenient to the court.

   IT IS ORDERED that the sentencing hearing currently scheduled for Defendant Fernando Bueno on Wednesday, March 31, 2021 at 11:00 a.m., be vacated and continued to August 4, 2021, at the hour of 12:00 p.m.; or to a time and date convenient to the court.

   DATED this  16  day of March 2021.

_____
UNITED STATES DISTRICT JUDGE

3