RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Esperanza Sanabia-Araujo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>ESPERANZA SANABIA-ARAUJO,<br><br>                Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Defendant Esperanza Sanabia-Araujo, that the sentencing hearing currently scheduled for August 4, 2021, be vacated and continued to September 15, 2021 at 10:00 am.

This Stipulation is entered into for the following reasons:

1.     Defense counsel is scheduled to be out of the jurisdiction on the sentencing hearing date. Defense counsel is currently on leave through the end of the month and will likely be on leave two additional weeks in August. Defense counsel will require additional time to

1. prepare her sentencing memorandum. Additionally, medical documentation for the presentence investigation report have been requested but are still outstanding.

   2. The defendant is not in custody and has no objection to a continuance.

   3. The parties agree to the continuance.

   This is the third request to continue sentencing date filed herein.

   DATED this 21st day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ESPERANZA SANABIA-ARAUJO,<br><br>      Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled on Wednesday, August 4, 2021 at 10:00 a.m., be vacated and continued to Wednesday, September 15, 2021, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  21  day of July 2021.

_____
UNITED STATES DISTRICT JUDGE

3