# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Esperanza Sanabia-Araujo,<br><br>　　　　Defendant. | Case No. 2:19-cr-00251-GMN-NJK-2<br><br>**ORDER** |

　　Pending before the Court is Defendant Esperanza Sanabia-Araujo's Motion for Sentence Reduction, (ECF No. 219).  The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

　　IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted.  Pursuant to Amended General Order 2023-09, an AO247 form reflecting the amended sentence, with an effective date of February 1, 2024, will be filed.

　　IT IS FURTHER ORDERED that Defendant's Motion for Sentence Reduction, (ECF No. 216), is DENIED as moot.

　　DATED this  28  day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3